CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
October 21, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON WAYNE GOWEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:20-cv-00247 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| LIEUTENANT WINFIELD, *et al.*, ) | By:   Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

Plaintiff Jason Wayne Gowen, proceeding *pro se*, filed this civil-rights action under 42 U.S.C. § 1983 against several employees at the Lynchburg Adult Detention Center. (*See* ECF No. 1.) By Order entered on April 28, 2020, the court advised Plaintiff that he must notify the Court in writing immediately upon his transfer or release and provide the court with his new address. (ECF No. 5, at 3.) The court cautioned Plaintiff that the failure to notify the court of such a change of address would result in dismissal of this action. (*Id.*; *see also* ECF No. 10, at 2 (advising the same on April 30, 2020); ECF No. 18, at 2 (same on June 19, 2020).)

On August 25, 2025, an order mailed to Plaintiff at the Pocahontas Correctional Center was returned to the court as undeliverable. (*See* ECF No. 96.) On September 3, 2025, two additional filings mailed to Plaintiff were returned to the court as undeliverable. (*See* ECF Nos. 97, 98.)

On September 12, 2025, Plaintiff filed a motion to stay and to appoint counsel, in which he notified the court of his change of address, indicating that he had been released from custody. (*See* ECF No. 99, at 1–2.) The court mailed the returned filings to Plaintiff at his new address. (*See id.* (docket text).) Additionally, because Plaintiff is no longer an inmate and is

therefore no longer subject to the provisions of the Prison Litigation Reform Act (which allowed him to proceed *in forma pauperis* and to pay the $350.00 filing fee via installments), the court ordered Plaintiff to pay the remaining balance of his filing fee, administrative fee, and appeal fee on or before October 16, 2025. (*See* ECF No. 101.) To date, Plaintiff has not paid the outstanding fees and, on September 29, 2025, and again on October 2, 2025, filings mailed to Plaintiff at his "updated" address were returned to the court as undeliverable. (*See* ECF Nos. 102, 103.)

Because Plaintiff has failed to comply with the court's orders to provide the court with an up-to-date address and has not paid the filing fee, the court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b); 28 U.S.C. § 1914.

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 21st day of October, 2025.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE